**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MARY ARNOLD, on behalf of herself and all others similarly situated, ) ) ) Plaintiff, ) ) v. ) ) ) ) DIRECTV, LLC and ENHANCED, ) RECOVERY COMPANY, LLC, ) ) Defendants. ) | Case No. 17-CV-01363 Hon. Judge Robert W. Gettleman |

**JOINT STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Mary Arnold on behalf of herself and Defendant DIRECTV, LLC (collectively the "Parties"), by and through their respective undersigned counsel, as follows:

1. That all of Plaintiff Mary Arnold's individual claims raised in the Complaint [Doc. 1] be withdrawn and the case be dismissed against DIRECTV and ENHANCED RECOVERY COMPANY, LLC, with prejudice and without costs or disbursements awarded to either party, as all costs and all matters in controversy having been fully settled, compromised and adjourned.

2. That no determination has been made as to whether the class claims alleged in the Complaint [Doc. 1] are viable.

3. That the alleged class claims be dismissed without prejudice and without costs to either party.

Respectfully Submitted,

| | |
|---|---|
| ATTORNEY FOR PLAINTIFF, MARY ARNOLD | ATTORNEYS FOR DEFENDANT, DIRECTV, LLC |
| By: */s/ Shannon M. Geier* | By: */s/ Kyle J. Steinmetz* |
| Shannon M. Geier, Esq.<br>GEIER LAW LLC<br>10 S. Riverside Plaza, Suite 875<br>Chicago, IL 60606<br>Ph:     (312) 994-2301<br>Fax:    (312) 453-0694<br>sgeier@geierlawfirm.com<br>www.geierlawfirm.com<br><br>Dated:  May 25, 2017 | Hans J. Germann<br>Kyle J. Steinmetz<br>Christopher S. Comstock<br>MAYER BROWN LLP<br>17 S. Wacker Dr.<br>Chicago, IL 60606<br>Ph:     (312) 782-0600<br>Fax:    (312) 701-7711<br>hgermann@mayerbrown.com<br>ksteinmetz@mayerbrown.com<br>ccomstock@mayerbrown.com<br><br>Dated:  May 25, 2017 |

## **CERTIFICATE OF SERVICE**

     I hereby certify that on May 26, 2017, a copy of the foregoing was filed electronically via the Court's CM/ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                                              */s/  Shannon M. Geier*
                                                                              Shannon M. Geier
                                                                              Attorney for Plaintiff and Class