UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
Eastern Division

Mary Arnold
                              Plaintiff,

v.                                                     Case No.: 1:17–cv–01363
                                                            Honorable Robert W. Gettleman

DIRECTV, LLC, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 19, 2017:

      MINUTE entry before the Honorable Robert W. Gettleman: On stipulation, all plaintiff's individual claims are dismissed with prejudice and without costs or disbursements to either party. Plaintiff's alleged class claims are dismissed without prejudice and without costs. Status hearing date of 6/28/2017 is stricken. Civil case terminated. Mailed notice (gds)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.